UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Jennifer L. Grando

Case No. 18-40335-PJS
Chapter 13
HON. Phillip J. Shefferly

Debtor(s).
_____/

**STIPULATION AND ORDER AWARDING AND APPROVING PAYMENT
OF PRE-CONFIRMATION ATTORNEY FEE APPLICATION AS AN
ADMINISTRATIVE EXPENSE THROUGH CHAPTER 13 PLAN PURSUANT
TO E.D. Mich. LBR 9014-1 AND 2016-1(a) FROM 11/30/2017 THROUGH 02/02/2019**

This matter having come for consideration after a hearing regarding Debtor's Application for Award and Approval of Payment of Pre-Confirmation Attorney Fees as an Administrative Expense Through Chapter 13 Plan Pursuant to E.D. Mich. L.B.R. 9014-1 From 11/30/2017 Through 02/02/2019, now therefore;

IT IS STIPULATED by and between the parties hereto, that objections to Debtor's Application for Award and Approval of Payment of Pre-Confirmation Attorney Fees as an Administrative Expense Through Chapter 13 Plan Pursuant to E.D. Mich. L.B.R. 9014-1 From 11/30/2017 Through 02/02/2019 are resolved in a manner consistent with the proposed order attached as Exhibit 1.

| | |
|---|---|
| /s/ Lisa K. Mullen | /s/ Charles J. Schneider |
| LISA K. MULLEN (P55478) | CHARLES J. SCHNEIDER (P27598) |
| Attorney for Chapter 13 Trustee, | Attorney for Debtor |
|    David Wm. Ruskin | 39319 Plymouth Road, Suite 1 |
| 1100 Travelers Tower | Livonia, MI 48150 |
| 26555 Evergreen Road | (734) 591-4890 |
| Southfield, MI 48076-4251 | notices@cschneiderlaw.com |
| (248) 352-7755 | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Jennifer L. Grando

Case No. 18-40335-PJS
Chapter 13
HON. Phillip J. Shefferly

Debtor(s).
_____/

**ORDER AWARDING AND APPROVING PAYMENT OF PRE-CONFIRMATION
ATTORNEY FEE APPLICATION AS AN ADMINISTRATIVE EXPENSE
THROUGH CHAPTER 13 PLAN PURSUANT TO E.D. Mich. LBR 9014-1
AND 2016-1(a) FROM 11/30/2017 THROUGH 02/02/2019**

This matter having come before the Court upon the application of the attorney for the Debtor(s), all interested parties having been served with notice of the application and the provisions of E.D. Mich. LBR 2016-1 having been met, a hearing have been held on May 7, 2019 and the Court having ruled on the fee application and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED:**

1. The Court previously approved applicant's fees and expenses in the amount of: $0.00

   The Court grants applicant's current fee application as follows:

   | | |
   |---|---|
   | This award for Fees: | $19,600.50 |
   | This award for Costs: | $      95.42 |
   | Total this award: | $19,695.92 |
   | Amount of this award paid directly by Debtor(s): | $    994.00 |
   | **Amount of this award to be paid by Trustee:** | **$18,701.92** |

2. This award covers services rendered and expenses incurred from 11/30/2017 through 02/02/2019. The attorney fees having been reserved in the Order Confirming Plan.

3. To the extent that fees and expenses pursuant to this Order are not disbursed by the Chapter 13 Trustee, they shall be paid directly by the Debtor(s) upon dismissal of this case.

EXHIBIT 1