**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE: Jennifer L. Grando,               Case No. 18-40335-PJS
                                                    Chapter 13
                                                    HON. Phillip J. Shefferly

                      Debtor(s).

_____/

### ORDER AWARDING AND APPROVING PAYMENT OF PRE-CONFIRMATION ATTORNEY FEE APPLICATION AS AN ADMINISTRATIVE EXPENSE THROUGH CHAPTER 13 PLAN PURSUANT TO E.D. Mich. LBR 9014-1 AND 2016-1(a) FROM 11/30/2017 THROUGH 02/02/2019

        This matter having come before the Court upon the application of the attorney for the Debtor(s), all interested parties having been served with notice of the application and the provisions of E.D. Mich. LBR 2016-1 having been met, a hearing have been held on May 7, 2019 and the Court having ruled on the fee application and being otherwise fully advised in the premises;

        **IT IS HEREBY ORDERED:**

      1.      The Court previously approved applicant's fees and expenses in the amount of:  <u>$0.00</u>

        The Court grants applicant's current fee application as follows:

| | |
|---|---|
| This award for Fees: | <u>$19,600.50</u> |
| This award for Costs: | <u>$     95.42</u> |
| Total this award: | $19,695.92 |
| Amount of this award paid directly by Debtor(s): | $   994.00 |
| **Amount of this award to be paid by Trustee:** | **$18,701.92** |

      2.      This award covers services rendered and expenses incurred from <u>11/30/2017</u> through <u>02/02/2019</u>.  The attorney fees having been reserved in the Order Confirming Plan.

      3.      To the extent that fees and expenses pursuant to this Order are not disbursed by the Chapter 13 Trustee, they shall be paid directly by the Debtor(s) upon dismissal of this case.

**Signed on May 09, 2019**



                    **/s/ Phillip J. Shefferly**
                    **Phillip J. Shefferly**
                    **United States Bankruptcy Judge**